Harvey M. Kletz, Esq. (SBN 55810)
Attorney at Law
5315 College Avenue
Oakland, CA 94618
Tel: (510) 655-7141
Fax: (510) 655-67-60

Attorney for Plaintiff
DMITRIY ROGOZHIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY ROGOZHIN<br><br>        Plaintiff,<br><br>        v.<br><br>PALADIN PRIVATE SECURITY, PALADIN PROTECTION SPECIALISTS, INC., IAN S. WILLIS, Individually, and DOES 1-40, inclusive,<br><br>        Defendants. | Case No. 2:13-CV-01877-TLN-DAD<br>Assigned for All Purposes To:<br>Judge: Hon. Troy L. Nunley<br><br>STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT |

STIPULATION TO REMAND ACTION TO STATE COURT:

   All parties to the above matter hereby stipulate that the United States District Court Eastern District of California shall remand this matter in its' entirety back to the Superior Court State of California County of Sacramento Number 34-2013-00147619.

   Plaintiff hereby agrees to remove all Causes of Action that relate to any Civil Rights Violation heretofore stated in the Complaint in this matter and file a First Amended Complaint for Damages that shall include only the following actions: Intentional Infliction of Emotional Distress; Assault; Battery; Negligence; and False Imprisonment.

   This Stipulation is hereby agreed to by:

DATED:   10/02/13                    /s/
                                     HARVEY M. KLETZ, Attorney for Plaintiff

   This Stipulation is hereby agreed to by:

DATED:   10/13/13                    /s/
                                     MATTHEW GUTIERREZ, Attorney for Defendants

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1  ORDER OF THE COURT:

2

3       The above Stipulation hereby agreed to by all parties is hereby made an order of this court
   and the matter shall be remanded to the Superior Court State of California County of
4  Sacramento.

5
   Dated: October 23, 2013
6

7

8                                                    _____
9                                                    Troy L. Nunley
                                                     United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

2

C:\CAED\iFolder\TO TLN - CIVIL ORDERS\13cv1877.stipo.1021.rogozhin.docx